IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.197.169.158

**ISP:** Comcast Cable
**Physical Location:** Hillsborough, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/06/2017 03:06:25 | 539C984669577DA9FAB75E8B583EE747173394F4 | I Cook Naked |
| 10/04/2017 03:31:02 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 10/04/2017 03:29:27 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 09/29/2017 01:01:07 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 09/28/2017 23:23:23 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 09/28/2017 23:22:48 | 8F83EB8F3D8AB13F07DAA795181B3939B4926926 | XXX Threeway Games |
| 09/28/2017 23:21:52 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 09/28/2017 23:20:38 | FBBFFA336DF8727A7E1CE300DC5CA127A658AC83 | New Year Bang |
| 09/28/2017 22:19:47 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 09/28/2017 20:15:03 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |
| 09/28/2017 20:14:17 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/28/2017 20:13:48 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 09/28/2017 20:13:28 | C0671CDCDF9CD4ED84231DAB3D4E07343542AB02 | Susie Up Close and Personal |
| 09/28/2017 20:13:27 | 88666176D1EFC2008D274316722D8FD59AD6A2F1 | Welcome To The Jungle |
| 09/28/2017 20:11:31 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

CNJ667